Eddie P. SIZEMORE, Plaintiff–Appellant,

v.

Gary FAGAN, in his individual and official capacities as Special Agent for VDOC; Gary Bass, in his individual and official capacities as Chief Classification Manager; D. Decker, in her

individual and official capacities as Counselor; Warden Wright, in his individual and official capacities as Warden; Major of DFCC, in his individual and official capacities as Major, Defendants–Appellees.

No. 06–6961.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Oct. 2, 2006.

Eddie Patrick Sizemore, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eddie P. Sizemore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sizemore v. Fagan*, No. 1:05–cv–01499–GBL (E.D.Va. filed Apr. 26, 2006 & entered May 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*